# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0467

_____

HOMEREACH, LLC,

Appellant,

v.

STATE OF FLORIDA, AGENCY FOR
HEALTH CARE ADMINISTRATION,

Appellee.

_____

On appeal from Agency for Health Care Administration.
Kimberly R. Smoak, Deputy Secretary.

May 7, 2025

PER CURIAM.

DISMISSED. *See Elmouki v. Dep't of Transp.*, 251 So. 3d 290, 291 (Fla. 1st DCA 2018).

OSTERHAUS, C.J., and M.K. THOMAS and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Alex Ershock of Lewis Brisbois Bisgaard & Smith LLP, Fort Lauderdale, for Appellant.

No appearance for Appellee.